# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 17-62311-CV-COOKE

Plaintiff:
**Natasha Andre**

vs.

Defendant:
**Convergent Outsourcing, Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 27th day of November, 2017 at 11:30 am to be served on **Convergent Outsourcing, Inc. c/o r/ CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Sandra Quinones, do hereby affirm that on the **27th day of November, 2017** at **4:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Complaint and Demand for Jury Trial / Injunctive Relief Sought, Exhibit** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **contact person for registered agent** for **Convergent Outsourcing, Inc.**, at the address of: **1200 S Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: f, Race/Skin Color: white, Height: 5'2", Weight: 120, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

Sandra Quinones
#394

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2017002664

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NATASHA ANDRE<br><br>*Plaintiff(s)*<br>v.<br>CONVERGENT OUTSOURCING, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-62311-CV-COOKE<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONVERGENT OUTSOURCING, INC.
R/A: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/27/2017

Steven M. Larimore
Clerk of Court

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts